IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CYNTHIA LUNSFORD,<br>formerly known as CYNTHIA POMPA<br><br>Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION No.   1:08cv00890<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to FRCP41, the parties, through counsel, stipulate and request the Court to dismiss, with prejudice, Plaintiff's Complaint against NCO Financial Systems, Inc. as settled.

The endorsement of counsel for all parties who have appeared in this action are affixed hereto.

ENTERED this ___4th___ day of ___November___, 2008.

_____/s/_____
Gerald Bruce Lee
United States District Judge

**JUDGE**